UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WENDY POZO,

         Plaintiffs,

     vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, ET AL.,

        Defendants.

) CASE NO. CV 07-04252-MMM(SSx)
)
)
) ORDER DISMISSING CIVIL ACTION
)
)
)
)
)
)
)
)

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __30__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: February 29, 2008

                               _Margaret M. Morrow_
                              MARGARET M. MORROW
                    UNITED STATES DISTRICT JUDGE